IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Stephen Westbrook, | ) | C/A No. 5:11-1103-RMG-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Capt. Freddie Arwood, Sheriff Bruce Bryant, Sgt. R. Catoe, T. Dover, RN Lt. R. Guirdy, Martin – Jail Administrator, Officer Price, | ) | |
| Defendants. | ) | |

This action has been filed by Plaintiff pursuant to 42 U.S.C. § 1983, *inter alia*. On May 29, 2012, Defendants filed a motion to stay this matter on the grounds that Plaintiff is recently deceased. ECF No. 55. Defendants seek a stay until a probate file is opened and/or a representative is appointed to make decisions concerning any further prosecution of this case. After review of Defendants' motion, the court finds that a stay of this case under these circumstances is warranted. Defendants' motion, ECF No. 55, is granted.

Therefore, it is ORDERED that this case shall be statistically stayed for a period of 90 days (until August 28, 2012) or pending further order of the court, whichever is earlier. Defendants are directed to notify the court of the status of this case, by no later than August 28, 2012.

IT IS SO ORDERED.

May 30, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge